MARIE JOHNSEN, Appellant, *v.* STATEN ISLAND HOSPITAL, INC., Respondent.

(Argued October 24, 1934; decided November 20, 1934.)

*Elias Bernstein, Thomas Schleier* and *Seymour Kempner* for appellant.

*Bertram G. Eadie, Thomas Nunley* and *John H. Scully* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and new trial granted, with costs to abide the event. *Held*, that the evidence presented a question of fact which should have been submitted to the jury. No opinion.

Concur: POUND, Ch. J., O'BRIEN, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE, LEHMAN and HUBBS, JJ.